981 A.2d 1279

**Andre TURPIN, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

**No. 109 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 10, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of September, 2009, the Petition for Review is **DENIED.**